JAMES CONNER *v.* JULES LOWE DODGE, INC., ET AL.

The motion by the named defendant for an order requiring the trial court to rectify the appeal from the Court of Common Pleas in Hartford County is denied.

*Hadleigh H. Howd, Jr.,* in support of the motion.

*Lee G. Kuckro,* in opposition.

Submitted February 23—decided March 1, 1972

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY *v.* PUBLIC UTILITIES COMMISSION ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is denied.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*William J. O'Keefe,* for the plaintiff, on the motion.

*Frederick D. Neusner,* with whom was *Richard L. Barger,* assistant attorneys general, for the named defendant, on the motion.

*Bruce Mayor,* for the defendant Sheldon L. Hart, on both motions.